UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-01380-GHK (VBKx) | Date | June 22, 2011 |
|---|---|---|---|
| Title | Kevin Farhang v. City of Los Angeles, et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | CourtSmart | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kevin Farhang (Pro Se) | Geoffrey Plowden<br>Cory M. Brente |

**Proceedings:**     **SETTLEMENT CONFERENCE**

The Court met with parties and counsel on June 22, 2011 from 10:00 a.m. to 12:00 p.m. The matter resulted in full and complete settlement of the litigation as to all parties. The terms of settlement were recited on the record.

cc: District Judge King

|  | 2 hrs. | : | |
|---|---|---|---|
| | Initials of Preparer | | RH |