**CARMEN A. TRUTANICH**, City Attorney
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising Assistant City Attorney
**GEOFFREY PLOWDEN**, Deputy City Attorney - (SBN146602)
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Email: geoffrey.plowden@lacity.org
Phone No.: (213) 978-7038, Fax No.: (213) 978-8785

Attorneys for Defendants CITY OF LOS ANGELES, PETER CORREA, and RUDY VIDAL

FILED
CLERK U S DISTRICT COURT
OCT 17 2011
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FARHANG, <br><br> Plaintiff, <br> v. <br><br> CITY OF LOS ANGELES, POLICE OFFICERS CORREA, PHENG AND VIDAL, <br><br> Defendants. | CASE NO. CV10-01380 GHK (VBK) <br><br> [PROPOSED] ORDER RE: DISMISSAL |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the plaintiff's complaint be dismissed with prejudice.

Dated: 10/17/11

~~VICTOR B. KENTON~~
UNITED STATES DISTRICT JUDGE
GEORGE H. KING
United States District Judge

3